UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

ANTON SAMAAN,

    Plaintiff

vs.                                                          Civil Action No._____

ST. JOSEPH HOSPITAL AND DAVID
KAPLAN, M.D.,

    Defendants

## NOTICE OF REMOVAL

The undersigned Defendant, David Kaplan, M.D., by and through his undersigned attorneys and pursuant to Federal Rule of Civil Procedure 81 and 28 U.S.C. §§ 1332(a)(1) and 1441, files this Notice of Removal of *Anton Samaan v. St. Joseph Hospital and David Kaplan, M.D.*, from the Maine Superior Court, Penobscot County, Docket No. CV-09-002, to the United States District Court for the District of Maine. The basis for removal is as follows:

## BACKGROUND

1.      Anton Samaan filed a civil action against Dr. Kaplan and St. Joseph Hospital in the Maine Superior Court, Penobscot County.

2.      Samaan served Dr. Kaplan with an Acceptance of Service and the Complaint on December 20, 2009. Dr. Kaplan accepted service on December 24, 2009. St. Joseph Hospital accepted service on December 20, 2009. The copy of the Acceptance of Service and Complaint received by Dr. Kaplan on December 20, 2009, are attached hereto as <u>Exhibit A</u>. Therefore, this Notice of Removal is timely filed, because it has been filed less than thirty (30) days after attempted service of process. 28 U.S.C. § 1446(b).

1

3.      The above-described action is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is removable under 28 U.S.C. § 1441(a), because the citizenship of the parties is diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      As demonstrated in the complaint, attached as Exhibit A, Samaan is a resident of New York State. Complaint, ¶ 1. Dr. Kaplan is a citizen of the State of Maine. See Affidavit of Thomas V. Laprade, attached hereto as Exhibit B at ¶ 2. St. Joseph Hospital is a not-for-profit corporation incorporated in the State of Maine with a principal place of business in the State of Maine. *Id.* at ¶ 3; *see also* Exhibit 1 thereto.

5.      Samaan's complaint seeks to recover damages for the injuries allegedly caused by the professional negligence of the defendants. It appears that the amount in controversy exceeds, exclusive of interest and costs, the $75,000.00 jurisdictional minimum required by 28 U.S.C. § 1332(a).

WHEREFORE, David Kaplan, M.D. petitions this Court to remove to this Court the above-captioned action now pending in the Maine Superior Court, Penobscot County.

Dated at Portland, Maine this 29th day of December, 2009.

DAVID KAPLAN, M.D.

*/s/ Thomas V. Laprade*
Thomas V. Laprade, Esq.
Attorney for Defendant

**LAMBERT COFFIN HAENN**
477 Congress St., 14th Floor
P.O. Box 15215
Portland, ME 04112-5215
(207) 874-4000
tlaprade@lambertcoffin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing "Notice of Removal" with the Clerk of the Court by emailing newcases.bangor@med.uscourts.gov, and I further certify that I sent a copy of the foregoing "Notice of Removal" by U.S. first class mail, postage prepaid, this 31st day of December 2009, to:

John P. Flynn, III Esq.
Daniel G. Lilley Law Offices, PA
39 Portland Pier
PO Box 4803
Portland, ME 04112-4803

and

James Martemucci, Esq.
43 Deering Street
Portland, ME  04101

and

Margaret Gardner, Clerk
Penobscot County Superior Court
97 Hammond St.
Bangor, ME 04401-4913

/s/Thomas V. Laprade
Lambert Coffin Haenn
477 Congress St., 14th Floor
P.O. Box 15215
Portland, ME 04112-5215
(207)874-4000
tlaprade@lambertcoffin.com

3