```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE
```

ANTON K. SAMAAN,                      )
                                      )
        Plaintiff                    )
v.                                    )      Civil no. 1:09-CV-00656-JAW
                                      )
ST. JOSEPH HOSPITAL and               )
DR. DAVID KAPLAN,                     )
                                      )
        Defendants                   )

## J U D G M E N T

Pursuant to the Order on Motion *in Limine* and to Reconsider Ruling on Motions for Summary Judgment entered by the Court on April 1, 2011,

JUDGMENT is hereby entered for Defendants, St. Joseph Hospital and Dr. David Kaplan as against the Plaintiff Anton K. Samaan.

                                            CHRISTA K. BERRY, CLERK

                                            /s/Jennifer L. Gray
                                            Jennifer L. Gray
                                            Deputy Clerk

Dated this 4th day of April, 2011.