*Pieske Reporting Service*  
137 Western Avenue, Suite 2  
Augusta ME 04330  
207-622-1616 (FAX: 207-622-5083)  
Tax ID: 41-1605325

# INVOICE

**Bill To:**

Thomas V. Laprade, Esq.  
Lambert Coffin  
477 Congress St 14th Fl  
PO Box 15215  
Portland, ME 04112-5215

## Invoice #4309

| Date | Terms |
|---|---|
| 11/30/2010 | Due on receipt |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/18/2009 | 39352 | Pieske, Cheryl C | 11/29/2010 | Electronic Format Only |

| Billing Reference | Case |
|---|---|
| | Samaan vs. St. Joseph's Hospital, et al. |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript of Panel Hearing on 11/18/09** | | | |
| Copy of Transcript (336 Pages) | $ 3.80 | 1.00 | $ 1,276.80 |
| E-Transcript via E-Mail | $ 15.00 | 1.00 | $ 15.00 |
| | | | $ 1,291.80 |
| | | Amount Due: | $ 1,291.80 |
| | | Paid: | $ 0.00 |

| Balance Due: | $ 1,291.80 |
|---|---|
| Payment Due: | Upon Receipt |

*Transcript fees have been split between all counsel. The amount due is your total due.*

$5.00 per month late fee on unpaid invoices  
Any collection costs will be added to the invoice total

FROM _R_  
BILLING # _4351-15_  
CODE _2_

LAMBERT COFFIN

DEC 0 3 2010

RECEIVED

**We now accept debit/credit card payments via PayPal\*.  Please call for details if int**  
*Additional service fee for PayPal will apply.*



DEFENDANT'S EXHIBIT B