**Pieske Reporting Service**
137 Western Avenue, Suite 2
Augusta ME 04330
207-622-1616 (FAX: 207-622-5083)
Tax ID: 41-1605325

# INVOICE

LAMBERT COFFIN

JUL 06 2010

RECEIVED

### Invoice #3867

| Date | Terms |
|---|---|
| 07/01/2010 | Due on receipt |

Bill To:

Thomas V. Laprade, Esq.
Lambert Coffin
477 Congress St 14th Fl
PO Box 15215
Portland, ME 04112-5215

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 06/25/2010 | 39712 | Gay Simon, Melinda | 07/01/2010 | US Mail |
| **Billing Reference** | | **Case** | | |
| | | Anton Samaan vs. St. Joseph Hospital, et al. | | |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript Deposition of Dr. Paul Nyquist** | | | |
| Copy of Transcript (120 Pages) | $ 2.15 | 1.00 | $ 258.00 |
| E-Transcript via E-Mail | $ 15.00 | 1.00 | $ 15.00 |
| Exhibits Copied and Attached (35 Units) | $ 0.20 | 1.00 | $ 7.00 |
| Postage & Handling | $ 6.50 | 1.00 | $ 6.50 |
| | | | $ 286.50 |

Amount Due: $ 286.50
Paid: $ 0.00

| Balance Due: | $ 286.50 |
|---|---|
| Payment Due: | Upon Receipt |

$5.00 per month late fee on unpaid invoices
Any collection costs will be added to the invoice total

FILING # 4351-15
COST 2

