LAMBERT COFFIN

Duvernay Reporting, Inc.

JUN 1 4 2010

# Invoice

2 Merrill Road
Westbrook, ME 04092
Ph: 207.854.2721
Tax ID No. 01-0544016

RECEIVED

| Date | Invoice # |
|---|---|
| 6/8/2010 | 5835 |

| BILL TO |
|---|
| Thomas Laprade, Esq.<br>Lambert Coffin<br>P.O. Box 15215<br>Portland, ME 04112-5215 |

| IN REFERENCE TO |
|---|
| Samaan v. St. Joseph Hospital et al<br>Deposition of Ravi Tikoo, MD<br>6/1/10 |

| REPORTER |
|---|
| HW |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Appearance fee at deposition - half-day | 100.00 | 100.00 |
| 61 | Original and one copy of transcript of deposition - one-week delivery | 4.40 | 268.40 |
| 1 | Word Index | 10.00 | 10.00 |
| 28 | Photocopies of exhibits | 0.25 | 7.00 |
| 1 | E-mailing of transcript | 15.00 | 15.00 |
| 1 | Shipping and handling | 11.00 | 11.00 |

DEFENDANT'S EXHIBIT D

- Transcripts sent separately via U.S. mail and e-mail.

**Total** $411.40