## *Pieske Reporting Service*
137 Western Avenue, Suite 2
Augusta ME 04330
207-622-1616 (FAX: 207-622-5083)
Tax ID: 41-1605325

# INVOICE

PAID
OCT - 2 2009

### Invoice #2882

| Date | Terms |
|---|---|
| 09/28/2009 | Due on receipt |

**Bill To:**
Thomas V. Laprade, Esq.
Lambert Coffin
477 Congress St 14th Fl
PO Box 15215
Portland, ME 04112-5215

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 09/24/2009 | 39189 | Pieske, Cheryl C | 09/29/2009 | UPS |

| Billing Reference | Case |
|---|---|
|  | Samaan vs. St. Joseph's Hospital, et al. |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Copy Transcript Deposition of Dr. Maryann Walsh** | | | |
| ASCII - No Charge | | 1.00 | $ 0.00 |
| Copy of Transcript (86 Pages) | $ 2.15 | 1.00 | $ 184.90 |
| Postage & Handling | $ 6.50 | 1.00 | $ 6.50 |
| | | | $ 191.40 |
| | Amount Due: | | $ 191.40 |
| | Paid: | | $ 0.00 |

| Balance Due: | $ 191.40 |
|---|---|
| Payment Due: | Upon Receipt |

$5.00 per month late fee on unpaid invoices
Any collection costs will be added to the invoice total

TL

FROM  KD
BILLING # 4351-15
CODE  2


DEFENDANT'S EXHIBIT