

**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 110676 | 04/29/2010 | 01-66628 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/27/2010 | MELECA | 8585 |

**CASE CAPTION**

Samaan vs. St. Josephs Hospital

**TERMS**

Net 30

Thomas Laprade, Esq.
Lambert Coffin
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

PAID
MAY 11 2010

```
Original and 1 Copy of:
    Anton Samaan                                              638.25
Videotaped Deposition of:
    Rahul Anand, M.D.                                         748.45
        Attendance of Reporter                                114.00
        Photocopying Exhibits      18.00 Pages                  8.64
        Video - DVD Format                                     45.00
        Video - First 2 hours                                 395.00
        Federal Express                                        42.50
                                                         _____
                       TOTAL DUE  >>>>                      1,991.84

115 and 113 pages


Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.
```

TAX ID NO.: 13-2656827                                   (207) 874-4000    Fax (207) 874-4040

*Please detach bottom portion and return with payment.*

Thomas Laprade, Esq.
Lambert Coffin
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Job No.       : 01-66628
Case No.      : 8585
Samaan vs. St. Josephs Hospital

Invoice No.: 110676
Date        : 04/29/2010
**TOTAL DUE** : **1,991.84**

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____ Phone #: _____
Cardholder's Signature: _____

Remit To:   **Ralph Fink & Associates, Inc.**
            39 West 37th Street
            6th Floor
            New York, NY 10018

