**Pieske Reporting Service**
137 Western Avenue, Suite 2
Augusta ME  04330
207-622-1616 (FAX: 207-622-5083)
Tax ID: 41-1605325

# INVOICE

PAID
NOV 1 2 2009

**Invoice #3070**

| Date | Terms |
|---|---|
| 11/10/2009 | Due on receipt |

| Bill To: |
|---|
| Thomas V. Laprade, Esq.<br>Lambert Coffin<br>477 Congress St 14th Fl<br>PO Box 15215<br>Portland, ME 04112-5215 |

| Job | Number | Reporter | Order Shipped | Shipped Via |
|---|---|---|---|---|
| 11/09/2009 | 39353 | Morrill, Veronica L | 11/10/2009 | UPS |

| Billing Reference | Case |
|---|---|
|  | Samaan vs. St. Joseph's Hospital, et al. |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Original Transcript Deposition of Amy Remilla Briggs** | | | |
| Copy of Transcript (46 Pages) | $ 2.15 | 1.00 | $ 98.90 |
| E-Transcript via E-Mail | $ 12.50 | 1.00 | $ 12.50 |
| Exhibits Copied and Attached (3 Units) | $ 0.20 | 1.00 | $ 0.60 |
| Expedite - Second Day Delivery (46 Pages) | $ 0.75 | 1.00 | $ 34.50 |
| Postage & Handling | $ 6.50 | 1.00 | $ 6.50 |
| | | | $ 153.00 |

Amount Due: $ 153.00
Paid: $ 0.00

| Balance Due: | $ 153.00 |
|---|---|
| Payment Due: | Upon Receipt |

*Expedite fee has been split between counsel.*

$5.00 per month late fee on unpaid invoices
Any collection costs will be added to the invoice total

FROM: KD
BILLING # 2
CODE 4351-15

**DEFENDANT'S EXHIBIT G**