Duvernay Reporting, Inc.

2 Merrill Road
Westbrook, ME 04092
Ph: 207.854.2721
Tax ID No. 01-0544016

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2009 | 5527 |

PAID
OCT - 9 2009

| BILL TO |
|---|
| Thomas Laprade, Esq.<br>Lambert Coffin<br>P.O. Box 15215<br>Portland, ME 04112-5215 |

| IN REFERENCE TO |
|---|
| Anton Samaan v St Joseph's Hospital et al<br>Deposition of Anton Samaan<br>9/23/09 |

| REPORTER |
|---|
| CD |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Appearance fee at deposition - half-day | 100.00 | 100.00 |
| 96 | Original and one copy of transcript of deposition | 3.20 | 307.20 |
| 1 | Word Index | 10.00 | 10.00 |
| 1 | E-mailing of transcript | 15.00 | 15.00 |
| 1 | Shipping and handling including reading and signing by deponent | 13.00 | 13.00 |

FROM KD
BILLING # 4351-15
CODE 2

DEFENDANT'S EXHIBIT

| Total | $445.20 |
|---|---|



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 110676 | 04/29/2010 | 01-66628 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/27/2010 | MELECA | 8585 |
| CASE CAPTION ||| 
| Samaan vs. St. Josephs Hospital |||
| TERMS |||
| Net 30 |||

**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

Thomas Laprade, Esq.
Lambert Coffin
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

PAID
MAY 1 1 2010

```
Original and 1 Copy of:
    Anton Samaan                                          638.25
Videotaped Deposition of:
    Rahul Anand, M.D.                                     748.45
        Attendance of Reporter                            114.00
        Photocopying Exhibits      18.00 Pages              8.64
        Video - DVD Format                                 45.00
        Video - First 2 hours                             395.00
        Federal Express                                    42.50
                                                       ─────────
                          TOTAL  DUE  >>>>             1,991.84


115 and 113 pages


Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.
```

TAX ID NO.: 13-2656827                (207) 874-4000    Fax (207) 874-4040

*Please detach bottom portion and return with payment.*

Thomas Laprade, Esq.
Lambert Coffin
477 Congress Street, 14th Floor
P.O. Box 15215
Portland, ME 04112-5215

Job No.      : 01-66628
Case No.     : 8585
Samaan vs. St. Josephs Hospital

Invoice No.: 110676
Date         : 04/29/2010
TOTAL DUE    : 1,991.84

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____   Phone #: _____

Cardholder's Signature: _____

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018