# INVOICE

**Doris O. WONG Associates, Inc.**
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

PAGE 1

LAMB04
ATT: THOMAS V. LAPRADE, ESQ.
LAMBERT COFFIN HAENN
477 CONGRESS STREET
FLOOR 14
PORTLAND     ME 04112

SAMAAN V ST. JOSEPH'S HOSPITAL, ET AL.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| SAMA09 | 09-002 | .0%/ 30 | 00085241 | 11/09/2009 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT WILLIAM A. STUART, M.D. | 10/27/09 | LALE | | 106 | 4.00 | 424.00 |
| ATTENDANCE FEE | 10/27/09 | LALE | 1.00 | | 100.00 | 100.00 |
| POSTAGE AND HANDLING | 10/27/09 | | | | | 9.50 |
| ASCII AND MIN-U-SCRIPT-NO FEE WILLIAM A. STUART, M.D. | 10/27/09 | | | | | |
| COMPLIMENTARY SCANNED EXHIBITS | 10/27/09 | | | | | |

FROM: KD
BILLING # 4351-15
CODE 2

$533.50
SALES TAX     .00

WE OFFER TAPE/CD/DVD TRANSCRIPTION SERVICES

INVOICE TOTAL     $533.50

---

**Doris O. WONG Associates, Inc.**
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

PAGE

LAMB04
LAMBERT COFFIN HAE

INVOICE DATE
11/09/2009

INVOICE NO.
00085241

PLEASE REMIT THIS STUB WITH PAYMENT

$533.50

**DEFENDANT'S EXHIBIT**