

*4391-015*
*Samaan u.*
*St. Joseph*

# Invoice

**1625 Broadway Ave**
Suite 880
Denver CO 80202
US

| | |
|---|---|
| Date | 12/9/2010 |
| Invoice # | 3942341 |
| Terms | Due on receipt |
| Due Date | 12/9/2010 |
| Reserved By | Linda Begin |
| Contact Phone | (207) 370-3016 |
| AVN | Reservation #AVN-046840 |
| Participant | Dr. Ravi Tikoo |
| | Paul Nyquist |
| PO / Ref # | Samaan vs St. Joseph |
| Conference Date | 12/9/2010 |
| Consultant ID | |
| CC last 4 digits | AmX/3000 |
| Cardholder Name | Thomas V. Laprade |
| Currency | US Dollar |

**Bill To**
Lambert Coffin
477 Congress St.
Portland ME 04112
United States

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| VIMC - McLean, VA | Video Conference Use | 4 | 229.00 | 916.00 |
| Scheduling Fee | Domestic Scheduling Fee | 1 | 50.00 | 50.00 |
| Bridge port | McLean, VA | 4 | 49.00 | 196.00 |
| Bridge port | Portland, ME/50% | 2 | 49.00 | 98.00 |
| United States - ISDN 384 Kbps | ISDN Network/Portland, ME/50% | 2 | 29.00 | 58.00 |

Split billing

The above charges will be applied to your credit card.

**Total** 1,318.00
**Amount Due** $1,318.00

PAYABLE UPON RECEIPT IN US DOLLARS
(by check drawn on US bank payable to Affinity VideoNet or by bank transfer - see below)
Interest of 1% per month will be assessed on unpaid balances 30 days past the date of invoice.

Direct Bank Payments:
Steele Street Bank & Trust
Account # 10019391
ABA/Routing 102007008

Federal Tax ID # 26-2628508

Billing Inquiries
Phone: (781) 876-2436
Fax: (781) 245-5824

THANK YOU FOR CHOOSING AFFINITY VIDEONET!



DEFENDANT'S EXHIBIT